**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

October 5, 2009

Clerk, U.S. Bankruptcy Court

RE: James R. & Sonja L. Epley
    Bankruptcy Case No.  1-05-08496
    Unclaimed Funds For: Commonwealth Financial
                         PO Box 18076
                         Hauppauge NY 11788

Dear Clerk:

Enclosed herewith please find check No.753875 for $1,668.38 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider

Carol A. Kreider
Funds Manager