UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: : Case No. 1-05-08496
:
James R. & Sonja L. Epley : PETITION FOR UNCLAIMED
: FUNDS AND ORDER THEREON
_____ Debtor(s) :

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $1,668.38 on behalf of the creditor Commonwealth Financial Systems, Inc., whose social security or tax identification number is 23-3072678.

2. _____ A. I am the creditor named in point 1.
   _____ B. I am an employee of the creditor named in point 1 and my title is _____ and I am authorized by the creditor to file this petition.
   __X__ C. I am the lawful attorney-in-fact for the creditor named in point 1 and I am duly authorized by the attached original power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the creditor's address and phone number, and a brief history of the creditor (from filing of the claim to present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s):
   The original dividend check was sent to a Commonwealth Finacial at PO Box 18076, Hauppauge, NY 11788. That address is no longer valid. The change of address may have prevented the delivery of the original dividend check. Commonwealth Financial is an abbreviation for Commonwealth Financial Systems, Inc.

   _____ D. Subparagraphs A, B & C above do not apply, but I am entitled to payment of such monies because (state basis for your claim): (Use attachment if insufficient space is provided)

3. Petitioner has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue.

4. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On July 3, 2013 a copy of this document (fully completed) was mailed to the US Attorney, at PO Box 309, Scranton, PA 18501, Per 28 USC § 2042.

Executed the July 3, 2013

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
TIN: 74-3049851
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

Sworn to and subscribed to before me
this 3rd day of July, 2013

Andrew T. Drake  Notary Public in the
State of Washington, County of King
My commission expires August 9, 2015

APPROVED AS TO FORM:                         IT IS SO ORDERED:
_____
FINANCIAL ADMINISTRATOR
                                             _____
                                                                Judge